UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE MEYER COMPANY, d/b/a TOMLINSON INDUSTRIES,<br><br>Plaintiff,<br><br>vs.<br><br>THE VOLLRATH CO., LLC,<br><br>Defendant. | Case No. 1:18-cv-00708-DAP<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL** |

Upon being duly advised by counsel for Plaintiff, The Meyer Company, d/b/a Tomlinson Industries, that the parties have entered into a Settlement Agreement regarding the dispute in the present case, it is hereby ordered, adjudged, and decreed that Plaintiff's Complaint against The Vollrath Co., LLC is dismissed without prejudice.

The Court retains jurisdiction over the parties to enforce the terms of the Settlement Agreement as provided in the Settlement Agreement.

Dated: September 21, 2018

**Approved.**
**It is SO ORDERED.**
s/*Dan Aaron Polster*
**United States District Judge**
**9/21/2018**

Respectfully submitted,

/s/Jude A. Fry
Jude A. Fry (0053651)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, Ohio 44115
Phone: (216) 363-9000
Fax: (216) 363-9001
E-Mail: jfry@faysharpe.com

*Attorney for Plaintiff, The Meyer Company*
*d/b/a Tomlinson Industries*